IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
EASTERN DIVISION

| | |
|---|---|
| Joyanta Banerjee, | ) |
|     Plaintiff, | ) **ORDER ADOPTING ORDER** |
| | ) **AND RECOMMENDATION** |
| vs. | ) |
| | ) Case No. 3:23-cv-93 |
| Reid Brady, East Central Judicial District, and State of North Dakota, | ) |
| | ) |
|     Defendants. | ) |

Before the Court is an order and recommendation by United States Magistrate Judge Alice R. Senechal. Doc. No. 15. Judge Senechal denied Plaintiff Joyanta Banerjee's request to withdraw his consent to magistrate judge jurisdiction and found as moot the appeal to the chief district judge. Id.

The Court has reviewed the order and recommendation de novo, the relevant case law, and the entire record, and finds the order and recommendation to be persuasive and legally correct. Under 28 U.S.C. § 636(c)(4), extraordinary circumstances are required to withdraw consent to magistrate judge jurisdiction. Here, it appears that Banerjee's request to withdraw jurisdiction is primarily based on disagreements with the Court's decisions. But adverse rulings do not constitute a basis for withdrawing magistrate judge jurisdiction. See Mello v. Unum Corp., No. 4:13CV2543, 2014 WL 360610, at *1 (E.D. Mo. Feb. 3, 2014). Given that, the Court **ADOPTS** the order and recommendation (Doc. No. 15) in its entirety and agrees with the decision to **DENY** Banerjee's

request to withdraw magistrate judge jurisdiction and **FIND AS MOOT** his appeal to the chief district judge.

    **IT IS SO ORDERED.**

Dated this 7th day of July, 2023.

                                                */s/ Peter D. Welte*
                                                Peter D. Welte, Chief Judge
                                                United States District Court